UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY R. RUIZ,<br>        Petitioner,<br>v.<br>WARDEN,<br>        Respondent. | Case No. 20-08594 EJD (PR)<br><br>**ORDER OF TRANSER** |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction or sentencing. See Habeas L.R. 2254-3(b)(1); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). According to the petition, Petitioner was convicted in Kings County, Dkt. No. 1 at 1, which lies within the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is currently confined at Deuel Vocational Institution in San Joaquin County which is also within the Eastern District. Id. Therefore, the venue for this action is in that district and not in this one. See id.; Habeas L.R. 2254-3(a)(1). Accordingly, this case is

TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: __4/6/2021__

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\HC.20\08594Ruiz_transfer(ED)